**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
__SECOND__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR**: MIRIAM AUED**   JOINT DEBTOR:_____   CASE NO.: 14-12438-LMI
Last Four Digits of SS# XXX-XX-7228  Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
    A.   $ __306.21__ for months __1__ to __60__; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650.00 (+$775.00 Motion to Value)=$4,425.00  TOTAL PAID $1,800.00
    Balance Due  $ 2,625.00  payable $ 131.25 /month (Months 1 to 20)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. __NONE__      LMM Payment $_____ (Months __ to __).
Address:_____
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Specialized Loan Servicing, LLC Account No.1000665365 | Property Address: 9421 Fontainebleau Blvd. #103-35 Miami, FL 33172 Value $110,000.00 Appraisal by: PMR Appraisals Inc. | 0% | $ 0.00 | 1 To 60 | Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date. |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. NONE_____     Total Due  $_____
                  Payable  $_____/month (Months___ to ___) Regular Payment $____

Unsecured Creditors: Pay $ 144.34 /month (Months 1 to 20), $275.59 /month (Months 21 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor will continue to pay 1st Mortgage Ocwen Loan Servicing, Account No.XXX-5902 for property located at: 9421 Fontainebleau Blvd., #103-35, Miami, FL 33172.

Debtor is surrendering all interest in property located at: 9150 Fontainebleau Blvd., #401, Miami, FL 33172-4352 with mortgage company Wells Fargo Bank, N.A. Account No.XXX-1998. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if
their gross household income increases by more than 3% over the previous year's income.

LF-31 (rev. 06/02/08)

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/ *Miriam Aued*  
Debtor                                                                                              Joint Debtor  
Date:  5/13/2014                                                                        Date:

LF-31 (rev. 06/02/08)